failure to prosecute in accordance with the rules.

In re Robert A. LINDNER.

No. 2010–1375.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2010.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for David J. Kappos, Director, U.S. Patent and Trademark Office.

Forrest L. Collins, Forrest L. Collins Law Offices, LLC, Brecksville, OH, for Robert A. Lindner.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

Sixto DELA CRUZ, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,
Respondent.

No. 2010–3165.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2010.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.